NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

Same Day Processing, Inc., et al.

v.

Gabriel Franck

Case No. 23-731

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, the undersigned counsel of record for __Same Day Processing, Inc.__, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   ☐ YES   ☒ NO

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   _____

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   ☐ YES   ☒ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

   _____

/s/ Andrew C. Gresik                    October 26, 2023
Signature of Counsel                    Date

4/19/11