UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Same Day Processing, Inc.;<br>44 North Lists LLC;<br>Right Donor Builders PDM LLC; and<br>The Free USA, LLC<br><br>        Plaintiffs/Counterclaim Defendants<br><br>vs.<br><br>Gabriel Franck<br><br>        Defendant/Counterclaim Plaintiff<br><br>vs.<br><br>Thomas Datwyler<br><br>        Third Party Defendant. | Civil No. 23-731<br><br><br>PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS AND THIRD-PARTY CLAIMS |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs and Counterclaim Defendants Same Day Processing, Inc. ("SDP"), 44 North Lists LLC ("44 North"), Right Donor Builders PDM LLC ("RDB"), and The Free USA, LLC ("The Free USA"), together with Third Party Defendant Thomas Datwyler ("Datwyler) respectfully move to dismiss the Counterclaims & Third-Party Claims filed by Defendant/Counterclaim Plaintiff Gabriel Franck ("Franck"). The Motion is based on the accompanying memorandum of points and authorities, the declaration of Thomas Datwyler attached concurrently hereto, the pleadings and records on file herein, and upon such other documents and oral argument as may be presented at the hearing on this Motion.

1

Dated: January 26, 2024

                BY: */s/ Andrew C. Gresik*

        Roberta F. Howell
        Andrew C. Gresik
        Foley & Lardner LLP
        150 East Gilman Street
        Madison, WI 53703
        Telephone: (608) 258-4273
        Facsimile: (608) 258-4258
        rhowell@foley.com
        agresik@foley.com

        Lauren W. Linderman (*pro hac vice*)
        Faegre Drinker Biddle & Reath LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402
        Telephone: (612) 766-7000
        Facsimile: (612) 766-1600
        lauren.linderman@faegredrinker.com

        Katlyn M. Moseley (*pro hac vice*)
        1500 K Street, Suite 1100
        Washington, DC 20005
        Telephone: (202) 842-8800
        Facsimile: (202) 842-8465
        katlyn.moseley@faegredrinker.com

        ***Attorneys for Plaintiffs/Counterclaim Defendants and Third-Party Defendant***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and was served on the following by email:

Kristopher J. Krentz
P.O. Box 865
Osceola, WI 54020
Kris@Krentzlaw.com
952.905.3291

Kevin Sandstrom
Eckberg Lammers
1809 Northwestern Avenue
Stillwater, MN 55082
ksandstrom@eckberglammers.com

Dated: January 26, 2024                                                     */s/ Andrew C. Gresik*