IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAME DAY PROCESSING, INC., *et al.*,

        Plaintiffs,

v.

GABRIEL FRANCK,

        Defendant and
        Third-Party Plaintiff,

v.

THOMAS DATWYLER,

        Third-Party Defendant.

PRELIMINARY INJUNCTION ORDER

23-cv-731-wmc

---

By stipulation of the parties, plaintiffs Same Day Processing, Inc., and The Free USA, LLC (collectively, "Plaintiffs") and defendant Gabriel Franck ("Defendant"), through their counsel, in writing and at today's related telephonic hearing, the court HEREBY ORDERS AND ENTERS a preliminary injunction against Defendant effective from the entry date of this order until the entry date of final judgment in this action.

1. Defendant is ENJOINED from directly or indirectly accessing, using, copying, duplicating, disclosing, transferring, selling, offering to transfer or sell, or otherwise exploiting or attempting to exploit for any commercial or other benefit, in any way or for any purpose, any and all donor lists, compilations, data, or information, including but not limited to emails, addresses, phone numbers, and/or other personal identifying information, obtained or accessed by Defendant in connection with work performed for or on behalf of any party identified by Plaintiff on the attached Exhibit A and any other lists, compilations, data or information derived therefrom (the "Donor Lists").

2. Defendant is ENJOINED from contacting or causing any third party to contact for purposes of any type of solicitation any person identified on any Donor List.

3. Defendant is ENJOINED from modifying, destroying, deleting, or otherwise altering any Donor Lists, including but not limited to changing the name or otherwise altering the metadata of any Donor List.

SO ORDERED this 6th day of February, 2024.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

## Exhibit A

| List Name | Also Known As | Also Known As |
|---|---|---|
| Horizon 8.18.2022 Data.csv | Group 1 Horizon 250k | Group 1 |
| Horizon 1.6.2022 Data.csv | Group 2 Horizon 200k | Group 2 Primary |
| Horizon 4.20.2021 Data.csv | Group 3 Horizon 50k | Group 3 (Comer Special) |
| Horizon 3.5.2021 Data.csv | Group 4 Horizon 40k | Group 4 Horizon 40k |
| Horizon 2.4.2021 Data.csv | Group 5 Horizon 50k | Group 5 Horizon 50k |
| Horizon 12.4.2020 Data.csv | Group 6 Horizon 100k | Group 6 Horizon 100k |
| Horizon 1.6.2021 Data.csv | Group 7 Horizon 250k | Group 7 Horizon Primary |
| Horizon 10.27.2020 Data.csv | Group 8 Horizon 50k | Group 8 Horizon 50k Backup |
| Horizon 10.23.2020 Data.csv | Group 9 Horizon 400k | Group 9 Horizon Primary |
| Horizon 10.19.2020 Data.csv | Group 10 Horizon 50k | Group 10 (Haley Special) |
| horizon 10.5.2020 Data.csv | Group 11 Horizon 75k | Group 11 (Primary) |
| Horizon 8.18.2022 Data.csv | Group 12 Horizon 250k | Group 12 |
| Horizon Data 6.8.2022.csv | Group 13 Horizon 500k | Group 13 Optimal List |
| 8.3.2023 Data.csv | Group 14 Horizon 150K | Group 14 Primary |
| 8.3.2023 Data.csv | Group 15 Horizon 150K | Group 15 Primary |
| TX List | N/A | N/A |
| McCormick PA List | N/A | N/A |
| The Free USA | TFU | XY1 |
| The Free Midwest | TFM | XY2 |
| The Free Californian | TFC | XY3 |

| | | |
|---|---|---|
| The Free Floridan | TFF | XY5 |
| The Free Texas | TFT | XY4 |
| Millions to the Right, inclusive of:<br>• Master List 1<br>• Master List 2<br>• Master Data Pull | MTR | XY6 |
| The Right American | TRA | N/A |
| Virtuous News | VCON | Virtuous Conservatives |
| APNJ | N/A | N/A |
| Patriotic Voice | PV | N/A |
| Lacey's Data | N/A | N/A |
| American Principles | AP | Freedom Principles |
| ADGS (Castlepines), inclusive of:<br>• Combined/openers (ADGS)<br>• CPE 365 actives<br>• CPE Donors June 2019<br>• 365 Actives<br>• 17k CPE Openers 12-16<br>• 18k CPE openers<br>• 30_Day_Openers_10k<br>• Potential Openers – 2021-02-01<br>• 365 Actives<br>• 30_Day_Openers_10k | N/A | N/A |