| | |
|---|---|
| Same Day Processing, Inc.;<br>44 North Lists LLC;<br>Right Donor Builders PDM LLC; and<br>The Free USA, LLC<br><br>        Plaintiffs/Counterclaim Defendants<br><br>vs.<br><br>Gabriel Franck<br><br>        Defendant/Counterclaim Plaintiff<br><br>vs.<br><br>Thomas Datwyler<br><br>        Third Party Defendant. | Civil No. 23-731<br><br>**DECLARATION OF THOMAS DATWYLER IN SUPPORT OF PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANT'S MOTION TO DISQUALIFY** |

I, Thomas Datwyler, declare as follows:

1.    I am the President and a shareholder of Plaintiff Same Day Processing, Inc. ("SDP"). I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently to them under oath.

2.    Eckberg Lammers provided legal counsel to SDP in connection with various corporate and employment matters. SDP has not consented to Eckberg Lammers' representation of Defendant Gabriel Franck in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2024

_____

Thomas Datwyler