UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Same Day Processing, Inc.;<br>44 North Lists LLC;<br>Right Donor Builders PDM LLC; and<br>The Free USA, LLC<br><br>        Plaintiffs/Counterclaim Defendants<br><br>vs.<br><br>Gabriel Franck<br><br>        Defendant/Counterclaim Plaintiff/Third-Party Plaintiff<br><br>vs.<br><br>Thomas Datwyler<br><br>        Third-Party Defendant. | Civil No. 23-731<br><br>**DECLARATION OF KRISTOPHER J. KRENTZ IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANT'S MOTION TO DISQUALIFY** |

I, Kristopher J. Krentz, state and declare as follows:

    1.    I am an attorney licensed to practice law in the State of Minnesota and my law firm has been retained to co-represent Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Gabriel Franck ("Franck") in the above-referenced matter.

    2.    This Declaration is offered in support of Franck's Memorandum of Law in Opposition to Plaintiffs/Counterclaim-Defendants and Third-Party Defendant's Motion for Disqualification of Counsel of Eckberg Lammers, P.C. and Attorney Kevin S. Sandstrom, as counsel for Defendant/Counterclaim Plaintiff Gabriel Franck.

3. Same Day Processing, Inc. ("SDP"), is a privately owned entity located in Hudson, Wisconsin, incorporated under the laws of the State of Wisconsin, and in the business of soliciting contributions on behalf of federal and state political candidates.

4. On December 7, 2023, I as Mr. Franck's other attorney, referred Mr. Franck to the law firm of Eckberg Lammers, specifically Attorney Kevin Sandstrom, regarding potential co-representation in the above-captioned lawsuit.

5. On December 8, 2023, Attorney Sandstrom requested and obtained from me the names of the involved parties so that he could perform a conflict of interest check in relation to the parties involved.

6. On December 29, 2023, I included Attorney Sandstrom in an e-mail that I had sent to Plaintiffs' counsel concerning the Rule 26(f) conference. That same day, Plaintiffs' counsel e-mailed Attorney Sandstrom and me, with the concern that Eckberg Lammers had a conflict of interest.

7. On February 23, 2024, SDP along with other plaintiffs, filed its Motion to Disqualify both the law firm of Eckberg Lammers and Attorney Sandstrom, as counsel for Defendant/Counterclaim Plaintiff Gabriel Franck. (ECF Dkt. No. 34.)

8. Plaintiffs' counsel also made a previous attempt to remove me as counsel for Gabriel Franck.

9. In December of 2023, Plaintiffs' counsel went on a fishing expedition as to my authorization status to practice law in both the states of Wisconsin and Minnesota.

10. After months of working with me, in response to my agreeing to permit Plaintiffs' counsel to electronically sign the Stipulation to extend Plaintiffs' time to

answer the Counterclaims. Plaintiffs' counsel Linderman suddenly alleged that I was not authorized to practice in the Western District of Wisconsin Federal Court and demanded that I prove my status within a few short business hours, or she would raise the issue with the Court.

11. While I was comfortable with my status of being authorized to practice law in the Western District of Wisconsin Federal Court, the cost of resolving this baseless claim issue, if escalated to the Court, was a concern.

12. I was able to demonstrate that I was in fact authorized to practice in the Western District of Wisconsin Federal Court and that my authorization was indeed current.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 11th day of March 2024, in the County of Washington and the State of Minnesota.

*/s/Kristopher J. Krentz*
Kristopher J. Krentz